76,998-02

Paul R. Desilets
T.D.C.J.# 1581093
7405 hwy 75 S
Huntsville Texas 77344
Goree Unit
July 15 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Ms. Barbra Gladden Adamick
District Clerk Montgomery County
301 N. Main St.
P.O. Box 2985
Conroe Texas 77305

RE: Cause No. 08-12-11262-CR-II, Paul Desilets v. State Of Texas;

Dear Ms. Adamick,

Please find enclosed Applicant's Motion For Extension Of Time.
Could you please file this with the Court and bring it to there attention, also could you please time stamp and return to above offender. This offender is indigent and T.D.C.J. will not allow him to forward a stamped envelope.

Thank You for your assistance in this matter.

Respectfully Submitted

Paul R. Desilets

CAUSE NO. 08-12-11262-CR-II

| PAUL R. DESILETS | § | IN THE DISTRICT OF |
|---|---|---|
| V. | § | THE 359th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | MONTGOMERY COUNTY, TEXAS |

MOTION FOR EXTENSION OF TIME TO FILE OBJECTION UNDER 33.1
TO STATE'S ANSWER AND FINDING OF FACTS WITH CONCLUSION OF LAW

TO THE HONORABLE JUDGE OF THE 359th DISTRICT COURT OF MONTGOMERY COUNTY, TEXAS AND THE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

**NOW COMES**, Paul R.Desilets, Applicant, in the above cause, and files this his Motion For Extension Of Time, Pursuant to R. 79.6 of the Rules Of Appellate Procedure, and in complying with R. 10.5(b) of the Rules of Appellate Procedure.

In support of this Motion, Applicant will show the Honorable Court the following;

I.

Applicant in the above cause is currently incarcerated in the T.D.C.J. in Walker County, Huntsville Texas. Applicant is filing under equatible tolling and requests this Honorable Court extend his time to file an objection under 33.1, of the Rules of Appellate Procedure. Egerton v. Cockrell, 334 F3d 433 (5th Cir 2003). This due to his extrodinary circumstances that are beyound his controll and his limited access to a condensed law library.

1.

II.

On October 6, 2014, Applicant filed his application for writ of habeas corpus under article 11.07. On July 6, 2015, the State field it's third answer along with it's finding of facts and conclusion of law. Now Applicant requests a Motion for Extension Of Time, and states; The contents of the Motion will be an objection to several issues of error in State's answer and finding of facts and conclusion of law, that he has only 15 day's in which to file his objection.

Applicant is requesting only a 30 day extension to file his objection, is incarceated and has limited time and resorces and has filed no other requests for extension.

## III. CONCLUSION

It is obvious from the State's answer, finding of facts and conclusion of law that a grasping of straws is evident. Applicant wishes to object to several point os error which are not consistant with the record and the facts of his trial.

## IV. PRAYER

Wherefore, Premises Considered, Applicant, Paul R. Desilets Prays that this Honorable Court Grant his Motion For Extension Of Time to file his objection to the State's answer, finding of facts and conclusion of law.

Respectfully Submitted

Paul R. Desilets

2.

## INMATE DECLARATION

I, Paul R. Desilets, being presently incarcerated in the Goree Unit of the Texas Department of Criminal Justice, declare under penalty of purjury, Pursuatn to 28 U.S.C. § 1746, that the facts in this Motion are true and correct.

Executed on this      day of July, 2015

Respectfully Submitted

Paul R. Desilets

## CERTIFICATE OF SERVICE

I, Paul R. Desilets, being presently incarcerated in Walker County, Texas and under penalty of purjury pursuant to 28 U.S.C. § 1746, do hereby affirm that I have delivered a copy of this Motion to the prison mailroom officials for delivery to the following;

Abel Acosta, Clerk
Court of Criminal Appelas
Capitol Station
Austin Texas 78711

Barbra Gladden Adamick
District Clerk, Montgomery County
301 n. Main St.
Conroe Texas 77305

3.